```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINHUA XIE,

                Petitioner,

-against-

PAMELA BONDI, et al.,

                Respondents.

25-CV-09318 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On November 10, 2025, a petition for a Writ of Habeas Corpus ("Petition") was filed under 28 U.S.C. § 2241 on behalf of Linhua Xie ("Petitioner"). Dkt. No. 3. Petitioner is currently detained at Delaney Hall in Newark, New Jersey. Dkt. No. 9 ¶ 7. On November 14, 2025, the Government moved to transfer this action to the District of New Jersey. Dkt. No. 7. On November 20, 2025, the Court held a conference to address the Petition and the Government's motion to transfer. For the reasons stated on the record during the conference, it is hereby ORDERED that:

1. The Clerk of Court is respectfully directed to transfer this matter to the District Court for the District of New Jersey. Consistent with the Government's request, the Clerk of Court is further respectfully directed to transfer this matter **immediately**, without regard for Local Civil Rule 83.1.

2. To ensure that Petitioner has an opportunity to have this Petition considered by the District of New Jersey, and to preserve the status quo, the Court ENJOINS the Government from removing Petitioner from a facility within the District of New Jersey, or removing the Petitioner from the United States, unless and until the transferee Court orders otherwise. *See Saamishvili v. Flanagan*, No. 25-CV-09181 (ER), 2025 WL 3090134, at *1 (S.D.N.Y. Nov. 5, 2025).

Dated: November 20, 2025
        New York, New York

                                                      SO ORDERED.

                                                      MARGARET M. GARNETT
                                                      United States District Judge